**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

---

**UNION INDIVIDUAL ACCOUNT RETIREMENT FUND; FOX VALLEY SHEET METAL HEALTH FUND and NICHOLAS LIESCH,**

**Plaintiffs,**

**Case No. 07-C-0378**

**vs.**

**SHARRON STEINBRUNER d/b/a STEINBRUNER HEATING & COOLING,**

**Defendant.**

---

## ORDER FOR JUDGMENT

---

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, Orders as follows:

1. Defendant Sharron Steinbruner d/b/a Steinbruner Heating & Cooling has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Sharron Steinbruner d/b/a Steinbruner Heating & Cooling violated the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions, interest and liquidated damages on behalf of her employees to the Plaintiff Funds.

3. The court assesses the total damages in favor of the Plaintiffs and against the Defendant in the sum of $68,088.02 for contributions, interest and liquidated damages for the

audited period December 1, 2005 through February 28, 2007 as well as attorneys fees and costs incurred in their prosecution of this matter through May 22, 2007.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Union Individual Account Retirement Fund; Fox Valley Sheet Metal Health Fund and Nicholas Liesch, and against Defendant Sharron Steinbruner d/b/a Steinbruner Heating & Cooling in the amount of $68,088.02 together with interest at the rate allowed by law.

Dated this 21st day of June, 2007.

BY THE COURT

s/ William C. Griesbach
WILLIAM C. GRIESBACH
U. S. District Judge



Case 1:07-cv-00378-WCG Filed 06/22/07 Page 2 of 2 Document 13